# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL CASE NO. 3:08cv75

| | |
|---|---|
| HARDING LEWIS, JEAN WILLIAMS, and ANITA BYERS </br></br>Plaintiffs, </br></br>vs. </br></br>FAMILY DOLLAR STORES OF NORTH CAROLINA, INC., </br></br>Defendant. | </br></br></br></br></br></br>**O R D E R** |

**THIS MATTER** is before the Court on the Answer of Defendant Family Dollar Stores of North Carolina, Inc.

On March 3, 2008 [Doc. 2], the Plaintiff voluntarily dismissed the following Defendants: Family Dollar Operations, Inc.; Family Dollar Stores, Inc.; Family Dollar, Inc., a North Carolina Corporation; Family Dollar Holdings, Inc. and/or Family Dollar Merchandising, L.P., its Common Name a North Carolina Corporation; Family Dollar Services, Inc., a Delaware corporation and/or Family Dollar Merchandising, Limited Partnership, a

Delaware Corporation. The remaining Defendant is Family Dollar Stores of North Carolina, Inc., and the caption is accordingly corrected.

Counsel are advised to conduct an Initial Attorneys' Conference within 14 days and to file their Certificate of Initial Attorneys' Conference within 5 days thereof.

**IT IS, THEREFORE, ORDERED** that on or before April 13, 2008, counsel shall file a Certificate of Initial Attorneys' Conference.

Martin Reidinger
United States District Judge